TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN







NO. 03-95-00071-CV







Reflections at Walnut Ridge Association, Inc., Appellant



v.



Lisa Byrd, Appellee







FROM THE DISTRICT COURT OF TRAVIS COUNTY, 53RD JUDICIAL DISTRICT


NO. 94-04485, HONORABLE BOB PERKINS, JUDGE PRESIDING







PER CURIAM



 The parties have filed a joint motion to reverse and remand. The motion is
granted. Tex. R. App. P. 59(a)(1)(A).

 The judgment of the trial court is reversed and the cause is remanded to the trial
court for a new trial in accordance with the parties' agreeement.


Before Chief Justice Carroll, Justices Aboussie and Jones

Reversed and Remanded on Joint Motion

Filed: April 19, 1995

Do Not Publish